JS - 6

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALLEN EPPARD, JR., | ) NO. EDCV 10-1646 JGB (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| GERALD JANDA, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

JS - 6

DATED: 4/1/13

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE